UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL A. FLEMING #802151,

       Plaintiff,

                              Case No: 1:25-cv-136

v.

                              HON. ROBERT J. JONKER

KENNETH McINTYRE et al.,

       Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 8, 2026 (ECF No. 25). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Bartlett's Motion for Summary Judgement (ECF Nos. 14, 15), Defendant McIntyre's Motion to Dismiss, or in the Alternative, for Summary Judgment (ECF No. 21), and Defendant Stamper's Motion for Summary Judgment (ECF No. 23) are **GRANTED**, and the case is **DISMISSED**.

Dated:   June 4, 2026                  /s/ Robert J. Jonker
                                        ROBERT J. JONKER
                                        UNITED STATES DISTRICT JUDGE